**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WISCONSIN

Case number (if known) _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Fox and Bird, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-1041563** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **131 E Mifflin Street**<br>**Madison, WI 53703**<br>Number, Street, City, State & ZIP Code | **895 19th Street**<br>**Prairie Du Sac, WI 53578**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Dane**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  **heritagetavern.com**

6. Type of debtor
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor __Fox and Bird, LLC_____ Case number (*if known*)_____
     Name

| | | |
|---|---|---|
| 7. | Describe debtor's business | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__7225__

| | | |
|---|---|---|
| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No.<br>☐ Yes. |

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2

Debtor **Fox and Bird, LLC** _____    Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

3/03/25 4:32PM

Debtor  **Fox and Bird, LLC**                                                   Case number *(if known)*
        Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Fox and Bird, LLC**
_____
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/03/2025
             MM / DD / YYYY

X _____     **Daniel Fox**
Signature of authorized representative of debtor    Printed name

Title  **Member**

**18. Signature of attorney**

X _____    Date  03/03/2025
Signature of attorney for debtor                   MM / DD / YYYY

**Claire Ann Richman 1020942**
Printed name

**RICHMAN & RICHMAN LLC**
Firm name

**122 W. Washington Avenue**
**Suite 850**
**Madison, WI 53703-2732**
Number, Street, City, State & ZIP Code

Contact phone  **608-630-8990**     Email address  **crichman@randr.law**

**1020942 WI**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Fox and Bird, LLC** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WISCONSIN** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **BoardmanClark**<br>141 3rd Avenue Suite 1<br>P.O. Box 443<br>Baraboo, WI 53913-0443 | | **Legal Services** | | | | $12,000.00 |
| **Capitol Hill Apartments LLC**<br>10 E. Doty Street Suite 300<br>Madison, WI 53703 | | **Maintenance bill from landlord.** | **Disputed** | | | $647.24 |
| **CITI Bank**<br>PO Box 6077<br>Sioux Falls, SD 57177 | | **Credit Card** | **Contingent** | | | $4,249.88 |
| **Edward Don**<br>2562 Payshpere Circle<br>Chicago, IL 60674 | | **Restaurant supplies** | | | | $945.44 |
| **Elan Financial Services**<br>P.O. Box 77777<br>Milwaukee, WI 53277-0777 | | **Credit card purchases** | **Contingent** | | | $15,273.32 |
| **Frank Liquor**<br>Attn: Alyssa Radlinger<br>2115 Pleasant View Road<br>Middleton, WI 53562 | | **Alcohol Wholesales** | | | | $382.54 |
| **Garden To Be**<br>2881 Commerce Park Drive<br>Suite P<br>Madison, WI 53719 | | **Produce Wholesales** | | | | $449.50 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor **Fox and Bird, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **General Beverage** Attn: Matt Lyne P.O. Box 44326 Madison, WI 53744 | | Alcohol Distribution | | | | $323.19 |
| **Internal Revenue Service** Insolvency Unit West-17, Grp 4-Milwaukee Organization Code: SES:C:AIQ:WI7 211 W. Wisconsin Ave., Stop 5301 Milwaukee, WI 53203-2221 | | Sales Tax | | | | $8,531.95 |
| **Kavanaugh Restaurant Supply** 2920 Bryant Road Madison, WI 53713 | | Restaurant supplies | | | | $349.27 |
| **L'Eft Bank** Attn: Jeff Burke 4910 Triangle Street Mc Farland, WI 53558 | | Wine Wholesales | | | | $1,189.80 |
| **Mark Feifarek** 123 N Blount St Apt 305 Madison, WI 53703 | | Loan | | | | $20,800.00 |
| **RE Golden Produce Co.** 2001 Fish Hatchery Road Madison, WI 53713 | | Produce Wholsales | | | | $5,804.69 |
| **Scott Resnick** 1716 Hoyt Street Madison, WI 53726 | | Loan | | | | $6,500.00 |
| **Solvit** 7001 Raywood Road Madison, WI 53713 | | Chemical Products | | | | $417.78 |
| **The Fish Guys** 5320 W. 23rd Street Suite 160 Minneapolis, MN 55416 | | Goods | | | | $428.67 |
| **Todo Fresco** 121 South Pinckney Street Madison, WI 53703 | | Caterer | | | | $887.00 |

Debtor **Fox and Bird, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tony Machi Fresh Fruits and Vegetables 4253 N Port Washington Road Milwaukee, WI 53212** | | **Produce wholesales** | | | | $12,574.88 |
| **Vino Veritas Ltd 3520 Horseshoe Bend Court Brookfield, WI 53045** | | **Wine wholesales** | | | | $1,873.25 |
| **Woodfire Counseling LLC 2002 Atwood Avenue Suite 209 Madison, WI 53704-5384** | | **Employee benefit** | | | | $776.35 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Fox and Bird, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WISCONSIN |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is ~~true and correct~~.

Executed on   **March 3, 2025**     X _(signed)_
                                      Signature of individual signing on behalf of debtor

                                      **Daniel Fox**
                                      Printed name

                                      **Member**
                                      Position or relationship to debtor

Alexa Burns
1710 Brittany PL
Apt. 17
Madison, WI 53711

Alli Achterberg
408 E Wash Ave, Apt 711
Madison, WI 53703

Amara Schoepke
233634 South Pole Rd
Birnamwood, WI 54414

Amazon Capital Services
P.O. Box 035184
Seattle, WA 98124-5184

Benjamin Grassi
Z Ridgeview Ct
Apt 8
Madison, WI 53704

BoardmanClark
141 3rd Avenue
Suite 1
P.O. Box 443
Baraboo, WI 53913-0443

Capitol Hill Apartments LLC
10 E. Doty Street
Suite 300
Madison, WI 53703

Captial Hill Apartments, LLC
c/o Ubran Land Interests, LLC
10 East Doty Street
Suite 300
Madison, WI 53703

Charlie Krombach
79 N Lakewood Gardens Lane
Madison, WI 53704

Chloe Uphoff
525 Bascom Hill Dr
Baraboo, WI 53913

CITI Bank
PO Box 6077
Sioux Falls, SD 57177

Courtney Fedie
402 W Dayton St
Apt. 306
Madison, WI 53703

```
Daniel Fox
895 19th Street
Prairie Du Sac, WI 53578

Davis Fugate
444 W Mifflin St
Madison, WI 53703

Derek Nord
5508 Tonyawatha Trail
Madison, WI 53716

Dorothy Starbird
2665 Castle Rock Dr
Madison, WI 53711

Edward Don
2562 Payshpere Circle
Chicago, IL 60674

Elan Financial Services
P.O. Box 77777
Milwaukee, WI 53277-0777

Elegant Foods, LLC
537 Atlas Avenue
Madison, WI 53714

Eliza Pappas
275 Lafayette Way NW
Atlanta, GA 30327

Emma Gordon
252 E Hill Parkway
Apt 110
Madison, WI 53718

Emma Stavenhagen
262 Langdon St
Madison, WI 53703

Eno Catchings
216 A Warnimont Ave
Milwaukee, WI 53207

Fish Window Cleaning
437 S Yellowstone Drive
Suite 117
Madison, WI 53719

Florence Dieter
19 Coronado Ct
Madison, WI 53705
```

Fox Heritage Foods, LLC
895 19th Street
Prairie Du Sac, WI 53578

Frank Liquor
Attn: Alyssa Radlinger
2115 Pleasant View Road
Middleton, WI 53562

Garden To Be
2881 Commerce Park Drive
Suite P
Madison, WI 53719

General Beverage
Attn: Matt Lyne
P.O. Box 44326
Madison, WI 53744

Hawks Quindel, S.C.
Attn: Attorney David C. Zoeller
P.O. Box 2155
Madison, WI 53701-2155

Heritage Tavern
131 E Mifflin Street
Madison, WI 53703

Hiebung's Refrigeration, Inc.
3538 Windsor Road
De Forest, WI 53532

Internal Revenue Service
Insolvency Unit West-17, Grp 4-Milwaukee
Organization Code: SES:C:AIQ:WI7
211 W. Wisconsin Ave., Stop 5301
Milwaukee, WI 53203-2221

Isabella Bellini
18510  9th Ave N
Minneapolis, MN 55447

Isabelle Martino
5002 Sheboygan Ave
Madison, WI 53705

Jacob Kaffey
625 Langdon St
Apt 303
Madison, WI 53703

James Bailey
1721 Schlimgen Ave
Madison, WI 53704

```
Jenna Roesler
7838 Black River Rd
Verona, WI 53593

Jordyn Ginestra
6911 Gebhart Lane
Edwardsville, IL 62025

Josie Wells
921 Red Trail Ridge
Oregon, WI 53575

Katherine Kost
25 Christopher Columbus Dr.
Apt 4914
Jersey City, NJ 07302

Kavanaugh Restaurant Supply
2920 Bryant Road
Madison, WI 53713

Kaylynn Lam
2209 University Ave
Unit 2
Madison, WI 53726

L'Eft Bank
Attn: Jeff Burke
4910 Triangle Street
Mc Farland, WI 53558

Laura Jones
170 Talmadge St
Madison, WI 53704

Lauren Hermes
802 Bowman St
Madison, WI 53706

Light Ideas USA
4203 Nagawicka Road
Hartland, WI 53029

Lily Hammer
2102 Oakridge Ave
Madison, WI 53704

Lily Yalowitz
8347 Castle Dr
Munster, IN 46321

Lydia Boyce
2800 Shadow Trail
Sun Prairie, WI 53590
```

```
MacCarb Inc
P.O. Box 30119
Omaha, NE 68103-1219

Madison Sourdough
916 Williamson Street
Madison, WI 53703

Maelee Thomas
6140 Centary Ave
Apt 205
Middleton, WI 53562

Margaret Gottlieb
222 N Fair Oaks Ave
Madison, WI 53714

Mark Feifarek
123 N Blount St
Apt 305
Madison, WI 53703

Mary Bundalo
130 E Gorham St
Madison, WI 53703

Melanie Schmidt
29 E WIlson St
Apt 202
Madison, WI 53703

Mia Marchetti
11912 Gladstone Dr
Santa Ana, CA 92705

Miram Anglin
3649 Sequoia Trail
Verona, WI 53593

Naomi Olsen
535 W Johnson St, #1005
Madison, WI 53706

Olivia Bertogliat
620 Carroll St
Madison, WI 53703

Olivia Bozitch
432 W Gorham St
Apt 1201
Madison, WI 53703
```

One North Pinckney Assoc. LP
c/o Urban Land Interests LLC
Attn: Barry Wood
33 E Main Street, Suite 251
Madison, WI 53703

Parker Wall
419 N Pinckney St
Unit 2
Madison, WI 53703

Peter Melquist
190 Prairie Creek Rd
Hamel, MN 55340

Ramsey Benkert
N4125 Benkert Rd
Monroe, WI 53566

RE Golden Produce Co.
2001 Fish Hatchery Road
Madison, WI 53713

Rebecca Maurer
26892 Cty Hwy V
Kendall, WI 54638

Rebecca Stellings
347 Centre St
Beloit, WI 53511

Robin Olson
6614 Tottenham Rd
Madison, WI 53713

Scott Resnick
1716 Hoyt Street
Madison, WI 53726

Select Sellars
P.O. Box 401
New Glarus, WI 53574-0401

Sheldon Lynn
701 Knickerbocker St
Apt 401
Madison, WI 53711

Solvit
7001 Raywood Road
Madison, WI 53713

Sonora Baker
2610 Monroe St.
Madison, WI 53711

```
Sophia Banaszak
202 N Hamilton, St
Madison, WI 53703

Sterling Ouellette
9502 Watts Rd, #105
Verona, WI 53593

Terra Trapp
426 N Ingersoll St, #1
Madison, WI 53703

The Fish Guys
5320 W. 23rd Street
Suite 160
Minneapolis, MN 55416

Toast
401 Park Drive
Suite 801
Boston, MA 02215

Todo Fresco
121 South Pinckney Street
Madison, WI 53703

Tony Machi Fresh Fruits and Vegetables
4253 N Port Washington Road
Milwaukee, WI 53212

Vino Veritas Ltd
3520 Horseshoe Bend Court
Brookfield, WI 53045

Wagner CPA
Attn: Dan Berg
2921 Landmark Place
Suite 300
Madison, WI 53713

WI Department of Revenue
2135 Rimrock Road
Madison, WI 53708

WI Department of Workforce Development
PO Box 7948
Madison, WI 53791-8191

Woodfire Counseling LLC
2002 Atwood Avenue
Suite 209
Madison, WI 53704-5384
```

```
Zuriel Yancey
1206 S Midvale Blvd
Apt 8
Madison, WI 53711
```

# United States Bankruptcy Court
## Western District of Wisconsin

In re  **Fox and Bird, LLC** _____
            Debtor(s)

Case No. _____
Chapter **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Fox and Bird, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_03/03/2025_
Date

/s/ Claire Ann Richman
**Claire Ann Richman 1020942**
Signature of Attorney or Litigant
Counsel for **Fox and Bird, LLC**
**RICHMAN & RICHMAN LLC**
**122 W. Washington Avenue**
**Suite 850**
**Madison, WI 53703-2732**
**608-630-8990 Fax:608-630-8991**
**crichman@randr.law**